THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LANCASTER, Appellant.

Submitted November 19, 2007; decided January 8, 2008

Reported below, 43 AD3d 1437.

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered in an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK MUHAMMAD, Appellant.

Submitted December 31, 2007; decided January 8, 2008

Reported below, 41 AD3d 738.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNEL NESBITT, Appellant.

Submitted December 31, 2007; decided January 8, 2008

Reported below, 41 AD3d 866.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.